**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN FORBES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,<br><br>Defendants. | Civil Case No. 1:18-cv-05708 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kevin Forbes voluntarily dismisses his action captioned *Kevin Forbes v. Gray Television, Inc., et al.,* No. 1:18-cv-5708 without prejudice. Defendants have not answered or moved for summary judgment in Plaintiff's action. Plaintiff's dismissal is without prejudice to his rights to recover as a class member in the MDL action.

Dated: November 12, 2021

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

 s/ Walter W. Noss
Walter W. Noss (*pro hac vice*)
Christopher M. Burke (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
wnoss@scott-scott.com
cburke@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
Thomas K. Boardman (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
tboardman@scott-scott.com

Derek Y. Brandt
McCUNE WRIGHT AREVALO, LLP
100 N. Main St., Suite 11
Edwardsville, IL 62025
Telephone: 618-307-6116
dyb@mccunewright.com

E. Kirk Wood
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905
ekirkwood1@bellsouth.net

*Attorneys for Plaintiff Kevin Forbes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I caused the foregoing Notice of Voluntary Dismissal to be filed via the Court's CM/ECF system. The ECF system will serve copies of this notice on all parties of record.

          s/ Walter W. Noss
          Walter W. Noss